**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| COTTRELL STEWART, | : | Civil Action No. 11-5983 (JBS) |
| Petitioner, | : | |
| v. | : | **ORDER** |
| ERIC TAYLOR, et al., | : | |
| Respondents. | : | |

For the reasons set forth in the Opinion filed herewith,

IT IS, on this **12th** day of **December**, 2011,

ORDERED that the above-captioned Petition is DISMISSED WITHOUT PREJUDICE for failure to prosecute and to comply with L.Civ.R. 10.1; and it is further

ORDERED that the Clerk of the Court shall close the Court's file in this matter.

 **s/ Jerome B. Simandle**
Jerome B. Simandle
United States District Judge